THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CANDY ROCHELLE THOMAS                                        PLAINTIFF

v.                            Case No. 4:23-cv-00175-KGB

BOARD OF COMMISSIONERS OF THE
HOUSING AUTHORITY OF THE CITY
OF LITTLE ROCK d/b/a
METROPOLITAN HOUSING ALLIANCE
and CENTRAL ARKANSAS HOUSING
CORPORATION                                                  DEFENDANTS

## ORDER

Before the Court is plaintiff Candy Rochelle Thomas's motion for hearing on outstanding motions (Dkt. No. 32). Ms. Thomas represents that pending before the Court are attorney Rebecca A. Young's motion to clarify status of counsel and withdraw as counsel for Central Arkansas Housing Corporation ("CAHC") (Dkt. No. 20), Ms. Thomas's motion to compel discovery from separate defendant CAHC (Dkt. No. 22), defendant Little Rock Housing Authority's motion to dismiss plaintiff's second amended complaint (Dkt. No. 23), Ms. Thomas's motion for leave to amend and supplemental complaint (Dkt. No. 27), and Ms. Thomas's motion for extension of deadline for addition of parties and amendment of pleadings (Dkt. No. 28). Ms. Thomas further represents that the parties are not exchanging discovery despite the "rapidly-evaporating timelines" set in the Final Scheduling Order (Dkt. No. 32, ¶ 8).

Ms. Thomas requests an in-court hearing to resolve the issues pending before the Court so that the case may progress (*Id.*, ¶ 9). Defendants have not responded to this motion, and the time to do so has passed. For good cause shown, the Court grants the motion for hearing on outstanding motions (*Id.*). A date for the hearing will be issued by separate Order.

It is so ordered this 17th day of January, 2024.

Kristine G. Baker
United States Chief District Judge