THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CANDY ROCHELLE THOMAS**                                                      **PLAINTIFF**

v.                              Case No. 4:23-cv-00175-KGB

**BOARD OF COMMISSIONERS OF THE
HOUSING AUTHORITY OF THE CITY
OF LITTLE ROCK d/b/a
METROPOLITAN HOUSING
ALLIANCE, and CENTRAL ARKANSAS
HOUSING CORPORATION**                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Candy Rochelle Thomas' final amended complaint is dismissed without prejudice (Dkt. No. 63).

The relief sought is denied.

It is so adjudged this 3rd day of September, 2025.

                                                       Kristine G. Baker
                                                       Chief United States District Judge